IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TIMOTHY JUAIRE d/b/a
AT SERVICES,

      Plaintiff,

vs.                                                                      No. CIV 12-1284 JB/KBM

T-MOBILE WEST, LLC, a Delaware
limited liability corporation, and
T-MOBILE USA, INC., d/b/a/
T-MOBILE WEST CORPORATION,
a Delaware corporation,

      Defendants.

## FINAL JUDGMENT

      **THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Amended Order, filed October 31, 2013 (Doc. 28). Because the Court's Memorandum Opinion and Amended Order disposes of all issues and claims before the Court, the Court now enters final judgment in this matter.

      **IT IS ORDERED** that final judgment is entered, and this matter is dismissed without prejudice.

                                                    _____
                                                  UNITED STATES DISTRICT JUDGE

*Counsel:*

Clayton Ewing Crowley
Crowley & Gribble, P.C.
Albuquerque, New Mexico

      *Attorneys for the Plaintiff*

- 2 -

Leslie McCarthy Apodaca
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Albuquerque, New Mexico

--and--

Jeff Bone
Michael A. Moore
Corr, Cronin, Michelson, Baumgardner & Preece, LLC
Seattle, Washington

    *Attorneys for the Defendants*